Ⓐ

**RECEIVED**

DEC 10 2007 ~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 10 2007

_Michael Williams_

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07cv6935
JUDGE CASTILLO
MAG. JUDGE NOLAN

vs.

_State / I.D.O.C_

Case No:_____
(To  be  supplied  by  the  Clerk  of  this  Court)

_____

_____

_____

_____

_____
(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

___X___      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
             U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
             28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I. **Plaintiff(s):**

A. Name: _Michael Williams_

B. Date of Birth: _10-24-84_

C List all aliases: _____

D. Prisoner identification number: _K98106_

E. Place of present confinement: _Stateville/NRC I.D.O.C_

F. Address: _P.O. Box 112 Joliet, Illinois 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _State/I.D.O.C_

Title: _I.D.O.C_

Place of Employment: _I.D.O.C_

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____DNA_____

B.    Approximate date of filing lawsuit: _____DNA_____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____DNA_____

D.    List all defendants: _____DNA_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____DNA_____

F.    Name of judge to whom case was assigned: _____DNA_____

G.    Basic claim made: _____DNA_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____DNA_____

I.    Approximate date of disposition: _____DNA_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 22ⁿᵈ 2007 I went to a preliminary hearing for catching a UUW charge June 14ᵗʰ 2007. I had this hearing at Cook County Jail where I recieved a copy of my parole violation report for catching a criminal charge while on parole. I go over my paperwork and discover an error made with my release date saying 8-7-07 and my sentence expiration date saying 8-24-08 so I point this out to the woman conducting the hearing she tell me don't worry about it they'll fix it once you're down state. I arrive down state/I.D.O.C June 25ᵗʰ 2007 and they had me schedule for another preliminary hearing June 28ᵗʰ 2007 so I go before them and the woman conducting the hearing ask me what do I want them to do so I let her know that I only have two months of parole left and the only thing

4

you all can do is find no probable cause and
send me back to Cook county. Then her
Co-worker that's working the computer tells
her I'm right the only thing they can do is
find no probable cause and send me back
to Cook county, so she cross out no probable
cause on my paper work then she go back
over my paper work and discover the error
with my release date & sentence expiration
date. like this isn't right when were you
released when I told her 8-25-06 she changed
my release date but didn't change the
sentence expiration date which was still at
8-24-08. Then she gets up and go over to
the computer where her Co-worker was
and said you sure there isn't anything
else we can do with him. Her Co-worker
then said no unless we go off the
statement his parole officer made
back in November 6 2006. Now she double
back over my paper work scribble over
no probable cause and then cross out
probable cause. The next step from there

Revised 5/2007

was to go before the parole board but instead they give me another preliminary hearing to see whats going on with my case. July 12th 2007 I get grand jury indicted at my preliminary Hearing for my case. Now I go before the preliminary hearing again for my parole July 16th 2007 and they probable cause again and now they send me infront of the parole board August 14th 2007 so I let him no up front that it was a error being made in my paper work and that they should be releasing me back to Cook County and he told me okay I'm going to revoke your parole and if you're right once I.D.O.C are done with their calculation they will release you. So I go back to my cell house waiting to be sent back to Cook County. So the day start to go by So I ask the officer working the cellhouse to check on it for me and he told me if you're suppose to leave they will call you. So then I write the counselor several times and she respond each time with something different that

Revised 5/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

doesn't helps at all, she still going off the error also, So then I write the warden of the institution and he doesn't respond at all, So then I write the Super intendent and she doesn't respond at all. Now I write the Sergeant and she have one of her C/O's bring me to her. She have the C/O that takes care of the parole violation report look it up on the Computer and now she comes back give me some papers with the same error on them and try to tell me that I was released 1-20-06 and don't discharge until 1-20-08. Even after I told them that I was sentenced to 3 years at 50% with 1 year parole in front of Judge Kirby in Courtroom 204 at Cook County Courts, And even the Counselor at Logan Correctional Center that I paroled from can verify that

4

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was released 8-25-06 and discharge off parole 8-24-07. My parole officer also stated that we only had one year together when she came to see me three days after I was released from the penitentary. Now I tell them to send me back infront of the parole Board so I can handle this issue they tell me I want see the parole board until my court issues over and I want be leaving here until 1-20-08. I also have to let it be known that they have us lock down 24 hours aday, suffering, mentally stressing, feeding us through a small hole, starving us with small portions of food that even a infant would be upset about, having to smell another man's urine & defication all day long, Showering once a week, phone call once wikile were here

Revised 5/2007

not allowed to have visits, only the hot
water working in the sinks, having the same
towels & underwear after being here 5 months,
not recieving medical attention when needed. I
even wrote them for permission to go to the
law library and they send me a paper back
stating that we do not have access to the
law library which that is against the 14th
amendment. I even have paper work showing
the errors that were made, after seeing the c/o
that handles the parole violation report, she even
tried to tell me that I had 2 years parole instead
of 1 year and that revoking my parole doesn't
mean that my parole is terminated it means
that my parole was cut in half and either
way with only 2 months parole left I still
been suppose to have been released back
to cook county to be able to make bond
for my new criminal charge or aleast get in
contact with my family. But their making
every excuse they can to try and cover up
for their errors, also violating constitutional
rights.

5

V.     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Mr. Michael Williams hope that Judgement be entered against the State/I.D.O.C, Awarding Compensatory damages to Mr. Williams for the violation of my Constitutional rights; awarding Punitive damages to Mr. Williams for the violation of my Constitutional rights; and awarding such other relief as the court deems proper.

VI.     The plaintiff demands that the case be tried by a jury.     ☒ YES     ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _22nd_ day of _November_ 20_0 7_

_Michael Williams_
(Signature of plaintiff or plaintiffs)

_Michael Williams_
(Print name)

_K98106_
(I.D. Number)


_P.O. Box 112 Joliet, Illinois 60434_
(Address)

6