PRISONER CASE

CAT II0

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

07cv6935
JUDGE CASTILLO
MAG. JUDGE NOLAN

| | | |
|---|---|---|
| **Plaintiff(s):** MICHAEL WILLIAMS | **Defendant(s):** STATE/I.D.O.C. | |
| **County of Residence:** WILL | **County of Residence:** | |
| **Plaintiff's Address:**<br>Michael Williams<br>K-98106<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:**<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 | DEC 10 2007<br>FILED<br>JN<br>DEC 10 2007<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*   **Date:** 12/10/2007