7/18/02

DEC 10 2007   **FILED**
DEC 10 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Michael Williams   K98106
Plaintiff

v.

State / I.D.O.C
Defendant(s)

07cv6935
JUDGE CASTILLO
MAG. JUDGE NOLAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Michael Williams__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other __DNA__) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the ⟨complaint⟩/petition/motion/appeal. In support of this petition/⟨application⟩/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __K98106__   Name of prison or jail: __Stateville/NRC  I.D.O.C__
   Do you receive any payment from the institution?  ☐Yes  ☒No   Monthly amount: __DNA__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __DNA__
   Name and address of employer: __DNA__

   a. If the answer is "No":
      Date of last employment: __DNA__
      Monthly salary or wages: __DNA__
      Name and address of last employer: __DNA__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __DNA__
      Name and address of employer: __DNA__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                         ☐Yes   ☒No
      Amount __DNA__   Received by __DNA__

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount ONA Received by ONA

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount ONA Received by ONA

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount ONA Received by ONA

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount ONA Received by ONA

f. ☐Any other sources (state source: ONA ) ☐Yes ☒No
Amount ONA Received by ONA

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: ONA
In whose name held: ONA Relationship to you: ONA

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ONA Current Value: ONA
In whose name held: ONA Relationship to you: ONA

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ONA
Type of property: ONA Current value: ONA
In whose name held: ONA Relationship to you: ONA
Amount of monthly mortgage or loan payments: ONA
Name of person making payments: ONA

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: ONA
Current value: ONA
In whose name held: ONA Relationship to you: ONA

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11/22/07

_Michael Williams_
Signature of Applicant

_Michael Williams_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below, completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Michael Williams_, I.D.# _K98106_, has the sum of $ _.03_ on account to his/her credit at (name of institution) _Stateville CC_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _7.61_. (Add all deposits from all sources and then divide by number of months).

_12-4-07_
DATE

_T.C._
SIGNATURE OF AUTHORIZED OFFICER

_T. Cirricione_
(Print name)

rev. 7/18/02

| Date: | 12/4/2007 | | | Stateville Correctional Center | | Page 1 |
|---|---|---|---|---|---|---|
| Time: | 9:42am | | | **Trust Fund** | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 06/01/2007 thru End;    Inmate: K98106;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: K98106 Williams, Michael**                **Housing Unit: NRC-RU-02-10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/09/07 | Mail Room | 04 Intake and Transfers In | 1902153 | 145935 | Cook County Jail | 45.64 | 45.64 |
| 08/16/07 | Disbursements | 80 Postage | 228337 | Chk #135829 | C0808039, DOC: 523 Fund Reimbu, Inv. Date: 08/08/2007 | -.41 | 45.23 |
| 08/16/07 | Disbursements | 80 Postage | 228337 | Chk #135829 | g0808230, DOC: 523 Fund Reimbu, Inv. Date: 08/08/2007 | -.41 | 44.82 |
| 08/31/07 | Disbursements | 80 Postage | 243337 | Chk #136012 | g0817037, DOC: 523 Fund Inmate, Inv. Date: 08/17/2007 | -.82 | 44.00 |
| 09/24/07 | Disbursements | 80 Postage | 267390 | Chk #136374 | g0921134, DOC: 523 Fund Inmate, Inv. Date: 09/21/2007 | -.41 | 43.59 |
| 09/25/07 | Point of Sale | 60 Commissary | 2687137 | 507938 | Commissary | -20.04 | 23.55 |
| 09/28/07 | AP Correction | 80 Postage | 271537 | Chk #136012 Voided | g0817037 - DOC: 523 Fund Inmat | .82 | 24.37 |
| 09/28/07 | Disbursements | 80 Postage | 271337 | Chk #136455 | g0817037, DOC: 523 Fund Inmate, Inv. Date: 08/17/2007 | -.82 | 23.55 |
| 10/24/07 | Point of Sale | 60 Commissary | 2977142 | 511487 | Commissary | -19.41 | 4.14 |
| 11/26/07 | Point of Sale | 60 Commissary | 3307142 | 515405 | Commissary | -4.11 | .03 |

| | |
|---|---|
| Total Inmate Funds: | .03 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |